```
1  LYNN HUBBARD, III, SBN 69773
   SCOTTLYNN J HUBBARD IV, SBN 212970
2  DISABLED ADVOCACY GROUP
   12 Williamsburg Lane
3  Chico, CA 95926
   Telephone: (530) 895-3252
4  Fax: (530) 894-8244

5  Attorneys for Plaintiff
```

**FILED**

2006 SEP 14  AM 8:42

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY

ORIGINAL

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD WILSON, | Case No. 06cv1037 BEN (RBB) |
| Plaintiff, | |
| vs. | **STIPULATION FOR DISMISSAL and ORDER THEREON** |
| KA MANAGEMENT, INC. dba SAN MARCOS BLVD SHELL; KA SAN MARCOS, LLC, | |
| Defendants. | |



1   IT IS HEREBY STIPULATED, pursuant to a settlement and release agreement
2   between plaintiff, RONALD WILSON, and defendants KA MANAGEMENT, INC. dba
3   SAN MARCOS BLVD SHELL; KA SAN MARCOS, LLC, that this Court enter a
4   dismissal with prejudice of plaintiff's complaint in the above-entitled action pursuant to
5   Fed. R. Civ. P. 41, with each party to bear their own attorney's fees and costs.
6   The dismissal with prejudice shall dismiss the action in its entirety.

Dated: 8-24, 2006

DISABLED ADVOCACY GROUP, APLC

SCOTTLYNN J HUBBARD, IV
Attorney for Plaintiff

Dated: _____, 2006

SANDLER, LASRY, LAUBE, BYER & VALDEZ, LLP

RICHARD VALDEZ
Attorney for Defendants

### ORDER ON STIPULATION FOR DISMISSAL

Having read the foregoing Stipulation, and good cause appearing therefore, the Court GRANTS the Stipulation and dismisses the above-captioned action with prejudice. IT IS SO ORDERED.

Date: 9/12/06

Judge of the District Court

Stipulation for Dismissal and Order Thereon

- 2 -

Wilson v. Shell, et al.
Case No. 06cv1037 BEN (RBB)

AUG.24'2006 15:0: 619 235 5648    SANDLER LASRY LAUBE LLP    #1014 P.003/003
Case 3:06-cv-01037-BEN-RBB   Document 10   Filed 09/14/06   PageID.71   Page 3 of 3

AUG-24-2006 12:39 FROM:LAW OFFICE L HUBBARD 530 894 8244    TO:16192355648    P.3/3

1  IT IS HEREBY STIPULATED, pursuant to a settlement and release agreement
2  between plaintiff, RONALD WILSON, and defendants KA MANAGEMENT, INC. dba
3  SAN MARCOS BLVD SHELL; KA SAN MARCOS, LLC, that this Court enter a
4  dismissal with prejudice of plaintiff's complaint in the above-entitled action pursuant to
5  Fed. R. Civ. P. 41, with each party to bear their own attorney's fees and costs.
6    The dismissal with prejudice shall dismiss the action in its entirety.

8  Dated: _____, 2006        DISABLED ADVOCACY GROUP, APLC

                                SCOTTLYNN J HUBBARD, IV
                                Attorney for Plaintiff

13 Dated: 8/24, 2006            SANDLER, LASRY, LAUBE, BYER &
                                VALDEZ, LLP

                                RICHARD VALDEZ
                                Attorney for Defendants

## ORDER ON STIPULATION FOR DISMISSAL

Having read the foregoing Stipulation, and good cause appearing therefore, the Court GRANTS the Stipulation and dismisses the above-captioned action with prejudice. IT IS SO ORDERED.

Date: _____        _____
                             Judge of the District Court